1044

THE STATE OF WASHINGTON, *Respondent*, v. MARY L. BALASKI, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00342-8, Toni A. Sheldon, J., entered November 26, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEONARD ARSENEAU, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01527-1, Sally F. Olsen, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH D. MARLL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00336-6, F. Mark McCauley, J., entered February 4, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

ROBERT BONNEVILLE ET AL., *Appellants*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-12547-2, Serjio Armijo, J., entered March 3, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.